| USAO File Number: | AUSA: Jonathan Goulding | Telephone: (313) 226-9742 |
|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: Christopher Leonard | Telephone: (313) 587-9229 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

White iPhone 6 Smartphone and Black Alcatel Smartphone, more fully described in Attachment A

)
)
)  Case No.
)
)
)

Case: 2:20-mc-50669
Judge: Lawson, David M.
Filed: 06-15-2020 At 12:58 PM
RE: White iPhone 6 Smartphone and Black Alcatel (SW)(MLW)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____.
*(identify the person or describe the property to be searched and give its location):*

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 29, 2020_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the presiding United States Magistrate Judge on duty_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____June 15, 2020   12:16 pm_____

_____
*Judge's signature*

City and state: _____Detroit, Michigan_____     _____Anthony P. Patti   U. S. Magistrate Judge_____
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: June 16, 2020 10:00 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: SA/CHAD CABLE |||
| Inventory of the property taken and name of any person(s) seized: ELECTRONIC DATA |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/18/20

*Executing officer's signature*

CHRISTOPHER LEONARD SA/HSI
*Printed name and title*

# ATTACHMENT A

# DESCRIPTION OF PROPERTY TO BE SEARCHED

The items (pictured below) were seized on June 5, 2020, from Glen MOUSSEAU. The property is currently in the custody of Homeland Security Investigations and more fully identified as follows:

1) White iPhone 6 Smartphone Model A1586

   (pictured in image below, right side)

2) Black Alcatel Smartphone Model 50330

   SN: RKWOEEOJCVJVCURC



# ATTACHMENT B
# LIST OF INFORMATION AND ITEMS TO BE SEARCHED FOR

1. All information in the electronic media and to include but not limited to phone numbers, emails, texts, pictures, GPS coordinates and notes that constitutes fruits, evidence and instrumentalities of violations of 21 U.S.C. § 841, involving MOUSSEAU and other potential coconspirators and accomplices, including, for each person, information pertaining to the following matters:

    A. The sale, purchase, possession or access to illegal drugs or pharmaceuticals;

    B. Smuggling routes and illegal border crossing;

    C. The smuggling of bulk currency;

2. Any and all evidence of user attribution showing who used or owned the electronic media at the times the things described in this warrant, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.